# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MIKILA R RODGERS,** | |
| Plaintiff, | 8:22CV331 |
| vs. | ORDER |
| **LIFE INSURANCE CO OF NORTH AMERICA,** | |
| Defendant. | |

This case is before the court on the parties' Rule 26(f) Report (Filing No. 22). This being an ERISA case, the Court's review will be limited to the Administrative Record and resolved by dispositive motions. Accordingly,

**IT IS ORDERED:**

1. The parties shall have until **June 2, 2023**, to file the administrative record and applicable plan documents.

2. The defendant shall have until **July 28, 2023**, to file a motion and brief to affirm the administrator's decision.

3. The plaintiff shall have until **August 28, 2023**, to respond to the defendant's motion.

4. The defendant shall have until **September 11, 2023**, to file a reply.

5. Should the court require any further proceedings in the matter, the parties will be notified by the court.

Dated this 23rd day of December, 2022.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge