# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MIKILA R RODGERS,** | |
| **Plaintiff,** | **8:22CV331** |
| vs. | |
| **LIFE INSURANCE CO OF NORTH AMERICA,** | **ORDER** |
| **Defendant.** | |

Pursuant to the notice of settlement (Filing No. 27) filed by the plaintiff,

**IT IS ORDERED:**

1. On or before **August 1, 2023**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 14th day of June, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge