IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MIKILA R RODGERS,<br><br>    Plaintiff,<br><br> vs.<br><br>LIFE INSURANCE CO OF NORTH AMERICA, and CIGNA,<br><br>    Defendants. | 8:22CV331<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the parties' Joint Stipulation for Dismissal (Filing No. 29). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice with each party to pay their own costs.

Dated this 4th day of August, 2023.

                BY THE COURT:

                s/ Joseph F. Bataillon
                Senior United States District Judge